# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
STANLEY A. WALTON, ESQ., BAR NO.
4784.

No. 60386

FILED

JUL 2 6 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY  S. Young
DEPUTY CLERK

## ORDER REJECTING CONDITIONAL GUILTY PLEA AND REMANDING FOR FURTHER DISCIPLINARY PROCEEDINGS

This is an automatic review, pursuant to SCR 113, of a conditional guilty plea agreement involving attorney Stanley A. Walton. A Southern Nevada Disciplinary Board hearing panel recommended that we approve the agreement. Under the agreement, Walton admitted to one violation of RPC 1.4 (communication), two violations of RPC 1.5 (fees), one violation of RPC 1.8(a) (conflict of interest: current clients), three violations of RPC 1.15 (safekeeping property), one violation of RPC 3.3 (candor toward the tribunal), and two violations of RPC 8.4 (misconduct).[1] Walton pleaded guilty in exchange for a five-year suspension with conditions including payment of restitution.

Having reviewed the record of the disciplinary proceedings and the attached exhibits, we reject the conditional guilty plea agreement. *See* SCR 113(1); *In re Kenick*, 100 Nev. 273, 275, 680 P.2d 972, 973-74

---

[1]Seven other charges were dismissed under the agreement.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-22164

(1984). Assuming evidence can be presented establishing that Walton committed the acts of misconduct admitted in the conditional guilty plea, we view such acts as a serious breach of the Nevada Rules of Professional Conduct warranting the imposition of discipline greater than a five-year suspension. Because the hearing before the disciplinary panel was based on the conditional plea, the record is insufficient to determine the proper amount of discipline. Accordingly, we remand this matter to the Southern Nevada Disciplinary Board for further proceedings.

It is so ORDERED.

_____, C.J.
Pickering

_____, J.          _____, J.
Gibbons                                Hardesty

_____, J.          _____, J.
Parraguirre                            Douglas

_____, J.          _____, J.
Cherry                                 Saitta

cc:     Jeffrey D. Albregts, Chair, Southern Nevada Disciplinary Board
        David A. Clark, Bar Counsel
        Kimberly K. Farmer, Executive Director, State Bar of Nevada
        Thomas F. Pitaro